# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:21-00020 |
| | ) | |
| **RICO GROSS** | ) | Judge Campbell |

## MOTION FOR LEAVE TO FILE UNDER SEAL AND *EX PARTE*

**COMES NOW** the Defendant, **Rico Gross**, by and through his undersigned counsel, and hereby moves this Honorable Court for leave to file a Motion under seal and *ex parte*. In support hereof, Defendant Gross states as follows:

1. The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a Motion for Leave of Court to do so.

2. The Motion addresses administrative and funding matters private to the defense. Defendant Gross therefore respectfully requests that this Honorable Court permit the filing of his Motion under seal.

**WHEREFORE**, based on the foregoing, Defendant Gross respectfully requests that this Honorable Court grant this Motion.

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN   37203
(615) 242-4200

BY:   s/ Kimberly S. Hodde
      KIMBERLY S. HODDE
      Attorney for Defendant Gross

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court=s electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

Brooke Schiferle
Assistant United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203

Eugenia Grayer
223 Madison Street
Suite 213
Nashville, TN 37115

this 26th day of May, 2021.

/s/ Kimberly S. Hodde
KIMBERLY S. HODDE

2